FILED
2024 Aug-07  PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Z.P., ET. AL.,                          )
                                        )
                  Plaintiffs,           )
                                        )
        vs.                             )
                                        )   CASE NO. 7:24-cv-00151-ACA
ERROL GREGORY BRYANT,                   )
                                        )
                  Defendant.            )

## PLAINTIFFS' REPONSE TO COURT ORDER REGARDING SEVICE OF SUMMONS AND COMPLAINT ON DEFENDANT

Because service of the Summons and Complaint by the U.S. Marshall's service was unsuccessful, Plaintiffs intend to serve the Defendant by private process server under Fed. R. Civ. P. 4(c)(2).

Unfortunately, notice that service had failed came during a transition period for the Civil Law Clinic, and the Plaintiffs are all indigent parties and difficult to contact at times. These factors delayed Plaintiffs engagement of a private process server and initiation of new process to serve the Defendant.

After notification that service was unsuccessful, Plaintiffs' counsel received a price quote from a private process server and requested that Plaintiffs provide funding to hire the private process server.[1] Plaintiffs provided this funding on July 31. Plaintiffs' counsel prepared and mailed to the Clerk of this Court for signature a Summons on August 5.

---

[1] The University of Alabama School of Law Clinical Programs are generally unable to pay costs associated with litigation on behalf of clients.

Once the Summons signed by the Clerk is returned, Plaintiffs' counsel will provide it, along with the Complaint, to the private process server. Due to the private process server's record of perfecting service on difficult to find defendants in an efficient manner, Plaintiffs have hope that the private process server will be able to locate the Defendant quickly.

Counsel apologizes to the Court for not filing this response by July 31.

Respectfully submitted,

/s/ Yuri R. Linetsky
_____
ASB-3088-B20W

/s/ Ricky T. Chambless
_____
ASB-5879-S77R

Civil Law Clinic
The University of Alabama School of Law
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  sydney.noorsdy@law.ua.edu
        ylinetsky@law.ua.edu
        rchambless@law.ua.edu

Attorneys for Plaintiffs Z.P., A.W., & M.L.