# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **Z.P., et al.,** | ] |
| | ] |
| **Plaintiffs,** | ] |
| | ] |
| v. | ]   7:24-cv-151-ACA |
| | ] |
| **ERROL GREGORY BRYANT,** | ] |
| | ] |
| **Defendant.** | ] |

## ORDER

Consistent with the accompanying opinion, the court **GRANTS IN PART** and **DENIES IN PART** Defendant Errol Gregory Bryant's motion to dismiss the complaint. The court **DISMISSES** Count Four **WITH PREJUDICE**. The court **DENIES** the remainder of the motion to dismiss.

Counts One, Two, Three, and Five will proceed.

**DONE** and **ORDERED** this December 16, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE