UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| Z.P. et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CV – 7:24-cv-00151-ACA |
| § | |
| Errol Gregory Bryant § | |
| § | |
| Defendant. § | |

## MOTION TO WITHDRAW

**COMES NOW,** Andrew J. Clay, of the law firm Andrew J. Clay Law Firm and states as follows:

1. The undersigned respectfully requests to withdraw as counsel for the defendant, Errol Gregory Bryant.

2. Presently, Mr. Jason Wollitz represents Mr. Bryant.

3. On January 7, 2025, the undersigned appeared at a scheduling conference on Mr. Bryant's behalf alongside Mr. Wollitz.

4. That same day, following the scheduling conference, the undersigned informed Mr. Wollitz that he intended to stop representing Mr. Bryant and that he would discuss the matter with Mr. Bryant.

5. After speaking with Mr. Wollitz, the undersigned spoke with Mr. Bryant and advised him that he would not continue representing him in this matter. The undersigned advised Mr. Bryant that Mr. Wollitz would continue to represent

1

him and that he could, should he wish, hire additional counsel. Mr. Bryant understood and agreed to the undersigned's cessation of representation.

6. Mr. Bryant will suffer no prejudice due to the undersigned's withdrawal.

WHEREFORE, PREMISES CONSIDERED, the undersigned asks this Honorable Court to grant this Motion to Withdraw from the above styled case.

                                                Respectfully Submitted,
                                                */s/ Andrew J. Clay*

OF COUNSEL:

ANDREW J. CLAY LAW FIRM
(205) 467-5229
andrewj@claylawfirm.com

## CERTIFICATE OF SERVICE

A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to Jason L. Wollitz, attorney for NDefendant Errol Gregory Bryant, Laina M. Henry, Laura Alice Hillhouse, Yuri R. Linestky, Ricky T. Chambless, attorneys for the Plaintiffs.

                                                */s/ Andrew J. Clay*