IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 7:24-CV-00151-ACA |
| ERROL GREGORY BRYANT, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION TO STRIKE COUNTERCLAIMS
AS UNTIMELY**

Plaintiffs Z.P., A.W., M.L., and G.C., request that the Court strike Defendant's Counterclaims as untimely and improper under Fed. R. Civ. P. 15(a)(3).

This action was initiated by the filing of Plaintiff's Summons and Complaint on February 8, 2024[1]. Defendant, through his attorney of record, Jason Wollitz, filed a Notice of Appearance on October 7, 2024.[2] On that same day, Defendant timely filed a Motion to Dismiss.[3] The Court denied this motion in part and granted it only with respect to Count Four on

---

[1] CM/ECF Doc. 1
[2] CM/ECF Doc. 24
[3] CM/ECF Doc. 25

December 16, 2024.[4] Following a scheduling conference, Plaintiffs filed an Amended Complaint on January 15, 2025[5]. Under Fed. R. Civ. P. 15(a)(3), Defendant had fourteen days to respond to the Amended Compliant after its filing. While Defendant has filed two Motions to extend disclosure and discovery-related deadlines in the scheduling order,[6] the deadline to respond to the Amended Complaint is not governed by the scheduling order nor did Defendant file a Motion for an extension of time to respond to the Amended Complaint. Defendant improperly filed an Answer to Plaintiffs' Amended Complaint and Counterclaim on February 21, 2025,[7] thirty-seven days after the Amended Complaint was filed, without leave of Court in violation of Fed. R. Civ. P. 15(a)(3). During these thirty-seven days, Plaintiffs' counsel repeatedly requested an Answer from the Defendant.

As a result of Defendant's violation of Fed. R. Civ. P. 15(a)(3), Plaintiffs request that this Court strike Defendant's counterclaims as untimely and improper.

---

[4] CM/ECF Doc. 36
[5] CM/ECF Doc. 38
[6] CM/ECF Docs. 43, 45
[7] CM/ECF Doc. 48

Respectfully submitted,

/s/ Laina M. Henry
Law Student Intern

/s/ Laura Allice Hillhouse
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA
SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  laina.henry@law.ua.edu
    lauraalice.hillhouse@law.ua.edu
    ylinetsky@law.ua.edu
    rchambless@law.ua.edu

Law Student Intern and Attorneys for
Plaintiffs Z.P., A.W., G.C. & M.L.

## CERTIFICATE OF SERVICE

A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to Jason L. Wollitz, Esq., and James T. Burgess, attorneys for Defendant Errol Gregory Bryant.

/s/ Yuri R. Linetsky