# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **Z.P., et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| **v.** ] | **7:24-cv-151-ACA** |
| ] | |
| **ERROL GREGORY BRYANT,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

Consistent with the accompanying opinion, the court **GRANTS IN PART** and **DENIES IN PART** Plaintiffs-Counterclaim Defendants Z.P., A.W., G.C., and M.L.'s motion to dismiss Defendant-Counterclaim Plaintiff Errol Gregory Bryant's counterclaim. (Doc. 52). The court **DENIES** the motion to dismiss Counterclaim One. The court **GRANTS** the motion to dismiss Counterclaim Two, Counterclaim Three, and the part of Counterclaim Five that depends on Counterclaim Two and **DISMISSES** those claims **WITHOUT PREJUDICE**. The court **GRANTS** the motion to dismiss Counterclaim Six **WITH PREJUDICE**.

The court **ORDERS** Mr. Bryant to replead his counterclaim to correct the deficiencies identified in the accompanying opinion. Mr. Bryant's amended counterclaim is due **on or before May 27, 2025**.

**DONE** and **ORDERED** this May 13, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2