FILED
2025 May-22  PM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Z.P. et. al.,                                )
                                             )
                        Plaintiffs,          )
                                             )
        vs.                                  )
                                             )  CASE NO. 7:24-CV-00151-ACA
ERROL GREGORY BRYANT,                        )
                                             )
                        Defendant.           )

## PROTECTIVE ORDER

The parties are hereby **GRANTED** the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from discovery, any and all information relating to the commercial pornographic content, intimate visual depictions, or other sexually explicit content of any individual who is a party to this action, including any police investigative files related to such matters. For the purposes of this order, the terms "commercial pornographic content," "intimate visual depictions," and "sexually explicit" shall be defined according to their provided definitions in the Violence Against Women Reauthorization Act of 2022, 15 U.S.C. § 6851, which is attached as Exhibit A.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the information in response to such subpoena. The parties in this case and their representatives, including attorneys, staff, experts, and anyone else who may come into contact with these records, are **EXPRESSLY PROHIBITED** from distributing, disclosing, or otherwise using any information obtained pursuant to this order for any purpose other than this action.

Additionally, the parties are ORDERED to destroy the protected information (including all copies made), immediately upon conclusion of this action or any appeal thereof.

**DONE** and **ORDERED** this May 22, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

EXHIBIT A: DEFINITIONS

15 U.S.C.A. § 6851

§ 6851. Civil action relating to disclosure of intimate images

Currentness

**(a) Definitions**

In this section:

**(1) Commercial pornographic content**

The term "commercial pornographic content" means any material that is subject to the record keeping requirements under section 2257 of Title 18.

**(2) Consent**

The term "consent" means an affirmative, conscious, and voluntary authorization made by the individual free from force, fraud, misrepresentation, or coercion.

**(3) Depicted individual**

The term "depicted individual" means an individual whose body appears in whole or in part in an intimate visual depiction and who is identifiable by virtue of the person's face, likeness, or other distinguishing characteristic, such as a unique birthmark or other recognizable feature, or from information displayed in connection with the visual depiction.

**(4) Disclose**

The term "disclose" means to transfer, publish, distribute, or make accessible.

**(5) Intimate visual depiction**

The term "intimate visual depiction"--

**(A)** means a visual depiction, as that term is defined in section 2256(5) of Title 18, that depicts--

**(i)** the uncovered genitals, pubic area, anus, or post-pubescent female nipple of an identifiable individual; or

**(ii)** the display or transfer of bodily sexual fluids--

**(I)** on to any part of the body of an identifiable individual;

**(II)** from the body of an identifiable individual; or

**(III)** an identifiable individual engaging in sexually explicit conduct and[1]

**(B)** includes any visual depictions described in subparagraph (A) produced while the identifiable individual was in a public place only if the individual did not--

**(i)** voluntarily display the content depicted; or

**(ii)** consent to the sexual conduct depicted.

**(6) Sexually explicit conduct**

The term "sexually explicit conduct" has the meaning given the term in subparagraphs (A) and (B) of section 2256(2) of Title 18.