IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 7:24-CV-00151-ACA |
| ERROL GREGORY BRYANT, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM

Plaintiffs Z.P., A.W., M.L., and G.C., in reply to the Defendant's Response to Plaintiffs' Motion to Dismiss certain of Defendant's amended counterclaims pursuant to Fed. R. Civ. P. 12(b)(6), state that Plaintiffs stand on the grounds and arguments asserted in their Motion. Plaintiffs believe further argument would be a waste of judicial resources. Based on the arguments presented in their first and renewed Motions to Dismiss and the Defendant's failure to remedy the maladies identified by the Court in its Memorandum Opinion on Plaintiffs' prior motion to

dismiss, the Defendant's counterclaims II-V should be dismissed.[1]

        Respectfully submitted,

        /s/ Yuri R. Linetsky
        ASB-3088-B20W

        /s/ Ricky T. Chambless
        ASB-5879-S77R

        CIVIL LAW CLINIC
        THE UNIVERSITY OF ALABAMA
        SCHOOL OF LAW
        Box 870392
        Tuscaloosa, Alabama 35487-0392
        Telephone:  205.348.4960
        Facsimile:  205.348.6851
        Email:  ylinetsky@law.ua.edu
                rchambless@law.ua.edu

        Attorneys for Plaintiffs Z.P., A.W., G.C., & M.L.

## CERTIFICATE OF SERVICE

      A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to all attorneys for Defendant Errol Gregory Bryant.

                                        /s/ Yuri R. Linetsky

---

[1] For sake of brevity, Plaintiffs will not repeat their arguments from their Morion to Dismiss (Doc. 52), but incorporate them herein by reference to the extent necessary to support their argument.