# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., A.W., G.C., M.L., ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| vs. ) | **Case No.: 7:24-CV-00151-ACA** |
| ) | |
| **ERROL GREGORY BRYANT,** ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

## DEFENDANT/COUNTER-PLAINTIFF'S STATUS REPORT

    This case involves Plaintiffs/Counter-Defendants' federal claims arising under 15 U.S.C. § 6851 as well as additional state claims of Outrage, Violation of Privacy, and Unjust Enrichment. Defendant/Counter-Plaintiff's claims include state court claims of Libel, Abuse of Process, Invasion of Privacy, Outrage, and Conspiracy. Currently, discovery issues are pending, and significant discovery remains incomplete as a result. The Parties have not taken any party or witness depositions. We anticipate the Parties will undertake to complete said discovery when pending motions have resolved. Currently, Defendant/Counter-Plaintiff objects to mediation.[1]

---

[1] After multiple good faith attempts to resolve disagreements as to the requirements listed in the Court's Amended Scheduling Order which served only to argue p/cds case, the Parties were unable to resolve the disputed language.

Respectfully submitted,

/s/J. Thomas Burgess
J. Thomas Burgess
ASB#: 0554-S78J
Scott A. Holmes
ASB#: 8908-S78H
Erin M. Agricola
ASB#: 4496-I30A
*Attorneys for Defendant/Counter-Plaintiff, Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on all attorneys of record, via the CM/ECF electronic filing system on November 3, 2025:

Yuri R. Linetsky
ASB#: 3088-B20W
Ricky T. Chambless
ASB#: 5879-S77R
Jack Steinmetz (Law Student Intern)
Haley Noele Follmer-Burnett (Law Student Intern)
Hannah Palmer (Law Student Intern)
Sara Philp (Law Student Intern)
The University of Alabama School of Law
Civil Law Clinic
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone: 205.348.4960

Facsimile: 205.348.6851
Email: ylinetsky@law.ua.edu
rchambless@law.ua.edu
jack.steinmetz@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
hannah.palmer@law.ua.edu
sara.philp@law.ua.edu

*Attorneys and Law Student Interns for Plaintiffs/Counter-Defendants*

                                                */s/J. Thomas Burgess, Jr.*
                                                OF COUNSEL