FILED
2026 Jan-20 PM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ERROL GREGORY BRYANT,<br><br>  Defendant. | Case No. 7:24-cv-00151-ACA |

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's Text Order Ruling on the Motion to Compel dated January 6, 2026 (Doc. 94), we certify that the Plaintiffs have served supplemental responses to all interrogatories to Defendant's counsel on January 20, 2026, by email.

Respectfully submitted,

/s/ Hannah Palmer
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Jacob Steinmetz
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Anna Jay
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA
SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  ylinetsky@law.ua.edu
           rchambless@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
             hannah.palmer@law.ua.edu
             jack.steinmetz@law.ua.edu
             sara.philp@law.ua.edu
             anna.jay@law.ua.edu

Law Student Interns and Attorneys for
Plaintiffs Z.P., A.W., G.C., & M.L.

## CERTIFICATE OF SERVICE

    A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to all attorneys for Defendant Errol Gregory Bryant.

                                              /s/ Yuri R. Linetsky