IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ERROL GREGORY BRYANT, <br><br> Defendant. | Case No. 7:24-cv-00151-ACA |

### NOTICE OF APPEARANCE OF ADDITIONAL
### LAW STUDENT INTERN

Pursuant to the January 2, 2015, General Order Regarding Legal Internship by Law Students promulgated by the United States District Court of the Northern District of Alabama, Anna Jay requests that the Court enter an order allowing her appearance on behalf of Plaintiffs. Mrs. Jay is a third-year law student enrolled in the Civil Law Clinic at The University of Alabama School of Law and has met the requirements of the General Order Regarding Legal Internship by Law Students, as well as the requirements of Section IV of the Alabama Supreme Court Rule for Legal Internship by Law Students.

As required by Section II(B) of the Alabama Supreme Court Rule for Legal Internship by Law Students, the following documents are attached: (1) Plaintiffs' redacted Consent Forms; (2) the Certificates of Supervising Attorneys Yuri

Linetsky and Ricky Chambless; (3) the Certificates of Dean Brewbaker of the University of Alabama School of Law; and (4) the Certificate from Law Student Intern Anna Jay.

Respectfully submitted,

/s/ Anna Jay
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Hannah N. Palmer
Law Student Intern

/s/ Jacob P. Steinmetz
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA
SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama  35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  anna.jay@law.ua.edu
        haleynoele.follmerburnett@law.ua.edu
           hannah.palmer@law.ua.edu
           jack.steinmetz@law.ua.edu
           sara.philp@law.ua.edu
           ylinetsky@law.ua.edu
           rchambless@law.ua.edu

Law Student Interns and Attorneys for
Plaintiffs Z.P., A.W., G.C, & M.L

## CERTIFICATE OF SERVICE

    A copy of this document has been served on the date of filing, by operation of the CM/ECF system, to all attorneys for Defendant Errol Gregory Bryant.

                                        /s/ Yuri R. Linetsky



# Client Consent Form
## Civil Law Clinic

I have been informed that the person who will interview me and give me legal advice is a law student working under the supervision of a licensed attorney. I understand that the Civil Law Clinic is manned entirely by second and third-year law students and that, if my case does go to trial, I will be represented by a third-year law student who has been granted approval to appear as my counsel by virtue of the Alabama Supreme Court's third year practice rule. Finally, I understand that the information which I provide may be discussed with clinical program attorneys as well as other law students.

With complete understanding and notice of these terms, I hereby consent to being interviewed, assisted, and represented by a law student pursuant to the Alabama Rule for Legal Internship by Law Students. I also consent to having the information which I provide concerning my case used for educational purposes, such as class discussions and conferences with other students and clinical program attorneys.

**I HAVE READ THIS CLIENT CONSENT FORM, OR HAVE HAD IT READ TO ME, AND I UNDERSTAND AND AGREE TO ITS TERMS AND CONDITIONS.**

Date: February 4, 2024     Signed: ███████████████

Date: _____     Signed: _____
                                   Clinic Interviewer



# CLIENT CONSENT FORM
## CIVIL LAW CLINIC

I have been informed that the person who will interview me and give me legal advice is a law student working under the supervision of a licensed attorney. I understand that the Civil Law Clinic is manned entirely by second and third-year law students and that, if my case does go to trial, I will be represented by a third-year law student who has been granted approval to appear as my counsel by virtue of the Alabama Supreme Court's third year practice rule. Finally, I understand that the information which I provide may be discussed with clinical program attorneys as well as other law students.

With complete understanding and notice of these terms, I hereby consent to being interviewed, assisted, and represented by a law student pursuant to the Alabama Rule for Legal Internship by Law Students. I also consent to having the information which I provide concerning my case used for educational purposes, such as class discussions and conferences with other students and clinical program attorneys.

**I HAVE READ THIS CLIENT CONSENT FORM, OR HAVE HAD IT READ TO ME, AND I UNDERSTAND AND AGREE TO ITS TERMS AND CONDITIONS.**

Date: 10-22-23     Signed: [redacted]

Date: _____     Signed: _____
                              Clinic Interviewer



# CLIENT CONSENT FORM
## CIVIL LAW CLINIC

I have been informed that the person who will interview me and give me legal advice is a law student working under the supervision of a licensed attorney. I understand that the Civil Law Clinic is manned entirely by second and third-year law students and that, if my case does go to trial, I will be represented by a third-year law student who has been granted approval to appear as my counsel by virtue of the Alabama Supreme Court's third year practice rule. Finally, I understand that the information which I provide may be discussed with clinical program attorneys as well as other law students.

With complete understanding and notice of these terms, I hereby consent to being interviewed, assisted, and represented by a law student pursuant to the Alabama Rule for Legal Internship by Law Students. I also consent to having the information which I provide concerning my case used for educational purposes, such as class discussions and conferences with other students and clinical program attorneys.

**I HAVE READ THIS CLIENT CONSENT FORM, OR HAVE HAD IT READ TO ME, AND I UNDERSTAND AND AGREE TO ITS TERMS AND CONDITIONS.**

Date: 10/02/2003     Signed: [redacted]

Date: 10/2/2023     Signed: _____
                              Clinic Interviewer

Children's Rights Clinic | Civil Law Clinic | Criminal Defense Clinic
Domestic Violence Law Clinic | Elder Law Clinic | Entrepreneurship & Nonprofit Clinic | Mediation Law Clinic
Box 870392 | Tuscaloosa, AL 35487-0392 | 205-348-4690 | Fax 205-348-6851



# CLIENT CONSENT FORM
## CIVIL LAW CLINIC

I have been informed that the person who will interview me and give me legal advice is a law student working under the supervision of a licensed attorney. I understand that the Civil Law Clinic is manned entirely by second and third-year law students and that, if my case does go to trial, I will be represented by a third-year law student who has been granted approval to appear as my counsel by virtue of the Alabama Supreme Court's third year practice rule. Finally, I understand that the information which I provide may be discussed with clinical program attorneys as well as other law students.

With complete understanding and notice of these terms, I hereby consent to being interviewed, assisted, and represented by a law student pursuant to the Alabama Rule for Legal Internship by Law Students. I also consent to having the information which I provide concerning my case used for educational purposes, such as class discussions and conferences with other students and clinical program attorneys.

**I HAVE READ THIS CLIENT CONSENT FORM, OR HAVE HAD IT READ TO ME, AND I UNDERSTAND AND AGREE TO ITS TERMS AND CONDITIONS.**

Date: 10/23/2024        Signed: [redacted]
                                Applicant/Client

Date: 10-23-24          Signed: /s/ Laino Henry
                                Clinic Interviewer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Alabama Rule for Legal Internship by Law Students

Student Intern Certification

I, _____Anna Jay_____, a student at

__The University of Alabama School of Law__ (name of law school), certify that I meet all of the following requirements as stated in the *Alabama Rule for Legal Internship by Law Students.*

1. I have registered as a law student with the Alabama State Bar in accordance with the *Rules Governing Admission to the Alabama State Bar;*

2. I have completed legal studies amounting to at least four semesters of law school;

3. I have read and will comply with the *Alabama Code of Professional Conduct* and all other rules relevant to the matter in which I am involved;

4. I have read and understand the requirements and limitations imposed by the *Alabama Rule for Legal Internship by Law Students;*

5. I will accept no compensation from the party or parties on whose behalf I am rendering services; and

6. I attest that I will support the Constitution of the United States and the State of Alabama and will faithfully perform the duties of a student intern.

_____Anna Jay_____
Signature

_____Anna Jay_____
Printed Name

State of __Alabama__

County of __Tuscaloosa__

Sworn to and subscribed before me on this the __14th__ day of __January__ 2026.

_____Crystal Reeves_____
Signature of Notary

My Commission Expires __April 1st, 2029__

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Alabama Rule for Legal Internship by Law Students

Certificate of Supervising Attorney

I, _Ricky T. Chambless_, certify the following with respect to the *Alabama Rule for Legal Internship by Law Students*:

1. I will assume professional responsibility under the *Alabama Rules of Professional Conduct* for all activities and services rendered by _Anna Jay_ as a student intern;

2. I will secure prior written consent of every client for services actually performed in court by this student intern;

3. I will keep the client advised of the services being performed by this student intern;

4. I will supervise the activities and services of this student intern which will be performed under my direction, knowledge and approval;

5. I will be present in court at all times with this student intern in any case tried before a jury;

6. I will supply the court or tribunal a copy of this certification and a copy of the client's written consent upon seeking permission of the court or tribunal to permit the appearance of this student intern.

_____
Signature

Ricky T. Chambless
Printed Name

State of Alabama

County of Tuscaloosa

Sworn to and subscribed before me on this the 14 day of January, 2026.

_____
Signature of Notary

My Commission Expires April 1st, 2029

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Alabama Rule for Legal Internship by Law Students

Certificate of Supervising Attorney

I, **Yuri R. Linetsky**, certify the following with respect to the *Alabama Rule for Legal Internship by Law Students*:

1. I will assume professional responsibility under the *Alabama Rules of Professional Conduct* for all activities and services rendered by **Anna Jay** as a student intern;

2. I will secure prior written consent of every client for services actually performed in court by this student intern;

3. I will keep the client advised of the services being performed by this student intern;

4. I will supervise the activities and services of this student intern which will be performed under my direction, knowledge and approval;

5. I will be present in court at all times with this student intern in any case tried before a jury;

6. I will supply the court or tribunal a copy of this certification and a copy of the client's written consent upon seeking permission of the court or tribunal to permit the appearance of this student intern.

_____
Signature

**Yuri R. Linetsky**
Printed Name

State of **Alabama**

County of **Tuscaloosa**

Sworn to and subscribed before me on this the **14** day of **January**, 20**26**.

_____
Signature of Notary

My Commission Expires **April 1st, 2029**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Alabama Rule for Legal Internship by Law Students

Law School Dean's Certification

I, <u>William S. Brewbaker III</u>, dean of the <u>University of Alabama School of Law</u> (law school name), certify <u>Anna Jay</u> (name) is a law student in good standing; has completed at least four semesters of law school work; is, to the best of my knowledge, of good character and has competent legal ability; and has adequately trained to perform as an eligible law student under the *Alabama Rule of Legal Internship by Law Students*.

_[signature]_
Signature

William S. Brewbaker III, Dean
Printed Name and Position

State of <u>Alabama</u>

County of <u>Tuscaloosa</u>

Sworn to and subscribed before me on this the <u>14th</u> day of <u>January</u> 20<u>26</u>.

_[signature]_
Signature of Notary

JENNA MARIE LOFTHUS
NOTARY PUBLIC
STATE OF ALABAMA

My Commission Expires <u>10-15-2029</u>