IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ERROL GREGORY BRYANT,<br><br>　　　　Defendant. | Case No. 7:24-cv-00151-ACA<br><br>**Opposed** |

PLAINTIFFS' MOTION TO SEAL DEFENDANT'S REPLY BRIEF (DOC. 99)
OR TO STRIKE ALL PRIVATE INFORMATION FROM THE SAME

　　Plaintiffs move to seal "Defendant/Counter-Plaintiff's Reply in Support of Motion to Vacate the Court's Orders Granting Plaintiffs/Counter-Defendants' Motions to Proceed Pseudonymously." (herein, "Defendant's Reply Brief") (Doc. 99).

　　Considering the existing pseudonymity orders (Docs. 9, 40) and protective order (Doc. 60), Plaintiffs request that this Court seal Defendant's Reply Brief because it contains identifiable information in breach of the previously granted orders. Defendant's Reply Brief contains several snipped images of private text messages, including significant portions of phone numbers—including those of the Plaintiffs—and an identifiable part of one of the Plaintiff's profile pictures. This information being published to the public record is contrary to this Court's grant of

pseudonymity because a partial phone number can easily be traced back to a person's identity. Further, the very inclusion of an area code points directly to a person's past or present location. For those reasons, Defendant's action in publishing only partially redacted versions of this information violates the pseudonymity order. Defendant's use of an only partially covered Facebook profile picture also serves as a key identifier of an individual, and there is nothing preventing Defendant from completely redacting the entirety of the photo. Taken together, these revelations by the Defendant support good cause for seal. *See Callahan v. United Network for Organ Sharing*, 17 F.4th 1356 (11th Cir. 2021); *Comm'r, Ala. Dep't of Corr. v. Advance Loc. Media*, LLC, 918 F.3d 1161 (11th Cir. 2019).

    Apart from the private information revealed, Defendant's Reply Brief contains transcribed hearing testimony that has not yet been published to the public record due to Plaintiffs' opportunity to request redactions. (Doc. 98). This, too, further supports Plaintiffs' good cause.

    In the alternative, if this Court is unable to make the finding that the entirety of Defendant's Reply Brief should be sealed, then Plaintiffs request that this Court strike any phone numbers and profile pictures, along with any other information the Court deems to violate the pseudonymity orders.

Even if this Court does not make a finding sufficient to support sealing Defendant's Reply Brief or striking portions thereof, Defendants' Reply Brief violates this Court's motion practice requirements in multiple aspects. The Court's Initial Order states that non-dispositive motions longer than ten pages must "comply with the requirements in Appendix II . . . to the extent practicable." Appendix II states that "[r]eply briefs are limited to ten pages." In contrast, Defendants' Reply Brief contains twenty-three pages of substantive argument. Moreover, this Court requires 14-point type, and Defendant's Reply Brief appears to be in a smaller type, meaning it likely even further exceeds this Court's limitations. Finally, this Court requires that "[b]riefs that exceed twenty pages must include a table of contents that accurately reflects the organization of the document." Defendant's Reply Brief exceeds twenty pages, yet it does not include a table of contents.

For these reasons this Court should seal Defendant's Reply Brief, or in the alternative strike portions thereof.

Respectfully submitted,

/s/ Anna Jay
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Hannah N. Palmer
Law Student Intern

/s/ Jacob P. Steinmetz
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama  35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  anna.jay@law.ua.edu
   haleynoele.follmerburnett@law.ua.edu
      hannah.palmer@law.ua.edu
      jack.steinmetz@law.ua.edu
      sara.philp@law.ua.edu
      ylinetsky@law.ua.edu
      rchambless@law.ua.edu

Law Student Interns and Attorneys for Plaintiffs Z.P., A.W., G.C, & M.L

4

## **CERTIFICATE OF SERVICE**

    A copy of this document has been served on the date of filing, by operation of the CM/ECF system, to all attorneys for Defendant Errol Gregory Bryant.

                  /s/ Yuri R. Linetsky