IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., A.W., G.C., M.L., ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| vs. ) | Case No.: 7:24-CV-00151-ACA |
| ) | **<u>UNOPPOSED</u>** |
| ERROL GREGORY BRYANT, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

_____

### DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING PLAINTFFS/COUNTER-DEFENDANTS' DISCOVERY DEFICIENCIES
_____

**COMES NOW,** Defendant/Counter-Plaintiff, Errol Gregory Bryant, (hereinafter, "Bryant"), by and through the undersigned counsel of record, and hereby move this Honorable Court for an extension of time to file a notice regarding Plaintiffs/Counter-Defendants' (hereinafter, "Plaintiffs") discovery deficiencies, and as grounds therefor, states as follows.

1. Pursuant to this Court's Order, Doc. 94, Bryant must review the responses to outstanding discovery and file a notice with the court setting out any deficiencies and listing the number of healthcare providers identified and the number of healthcare providers Bryant has subpoenaed on or before February 3, 2026.

2. Lead counsel for Bryant has undergone an unexpected medical procedure and will be unavailable to appropriately respond by the due date.

3. Bryant has conferred with opposing counsels who do not oppose this Motion.

4. Neither party will be prejudiced by an extension.

**WHEREFORE, PREMISES CONSIDERED,** Bryant respectfully request this Honorable Court extend this deadline from February 3, 2026 to February 13, 2026.

Dated:   January 29, 2026

Respectfully submitted,

/s/J. Thomas Burgess
J. Thomas Burgess, ASB#: 0554-S78J
Scott A. Holmes, ASB#: 8908-S78H
Erin M. Agricola, ASB#: 4496-I30A
*Attorneys for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES, LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

/s/Jason L. Wollitz
Jason L. Wollitz, ASB# 6349-W74J
One Independence Plaza, Suite 305
Homewood, Alabama 35209
Telephone: (205) 541-6033
*Attorney for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on all attorneys of record, via the CM/ECF electronic filing system on January 29, 2026:

Yuri R. Linetsky, ASB#: 3088-B20W
Ricky T. Chambless, ASB#: 5879-S77R
Jack Steinmetz, *Law Student Intern*
Haley Noele Follmer-Burnett, *Law Student Intern*
Hannah Palmer, *Law Student Intern*
Sara Philp, *Law Student Intern*
Anna Jay, *Law Student Intern*
**THE UNIVERSITY OF ALABAMA SCHOOL OF LAW**
**CIVIL LAW CLINIC**
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone: 205.348.4960
Facsimile:  205.348.6851
ylinetsky@law.ua.edu
rchambless@law.ua.edu
jack.steinmetz@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
hannah.palmer@law.ua.edu
sara.philp@law.ua.edu
anna.jay@law.ua.edu
*Attorneys and Law Student Interns for Plaintiffs/Counter-Defendants*

                                                */s/J. Thomas Burgess, Jr.*
                                                OF COUNSEL