# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Z.P., A.W., G.C., M.L.,                         )
                                                )
    Plaintiffs/Counter-Defendants,  )
                                                )
vs.                                             )   Case No.: 7:24-CV-00151-ACA
                                                )
ERROL GREGORY BRYANT,                           )
                                                )
    Defendant/Counter-Plaintiff.    )
                                                )

_____

### DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS TO DEFENDANT/COUNTER-PLAINTIFF'S NOTICE OF PLAINTIFFS/COUNTER-DEFENDANTS' DISCOVERY DEFICIENCIES UNDER SEAL PURSUANT TO PSEUDONYMITY ORDERS

_____

**COMES NOW,** Defendant/Counter-Plaintiff, Errol Gregory Bryant, (hereinafter, "Bryant"), by and through the undersigned counsel of record, and hereby moves this Court for leave to file all exhibits under seal in connection with its Notice of Plaintiff/Counter-Defendants' (hereinafter, "Plaintiffs") Discovery Deficiencies, and states as follows:

Bryant seeks to file under seal Exhibits A through C (the "Subject Exhibits"), which contain materials that reference, depict, or could otherwise reveal identifying information concerning Plaintiffs, who are proceeding pseudonymously pursuant to this Court's prior Orders permitting anonymity.[1]

---

[1] Doc. 9 and 40.

Pursuant to the Court's pseudonymity orders, measures are necessary to prevent public disclosure of information that could reasonably lead to their identification. Filing the Subject Exhibits publicly—even in redacted form—would risk undermining those protections by linking the pseudonyms to the very identifying information the Court has ordered shielded. *See Callahan v. United Network for Organ Sharing*, 17 F.4th 1356 (11th Cir. 2021); *Comm'r, Ala. Dep't of Corr. v. Advance Loc. Media*, LLC, 918 F.3d 1161 (11th Cir. 2019).

Because the Subject Exhibits are submitted in connection with a non-dispositive matter, the request is governed by the "good cause" standard of Federal Rule of Civil Procedure 26(c). Under Rule 26(c), courts may protect information from public disclosure where specific harm would result absent sealing.

Good cause exists to maintain these materials under seal here because the materials fall squarely within the category of information the Court has already found warrants protection through pseudonymity; public filing would create a substantial risk of identifying Plaintiffs through contextual details, cross-referencing, or visual content; the requested sealing is narrowly tailored and applies only to the exhibits necessary for the Court's consideration of the issue presented; and, the relief sought preserves—not expands—the confidentiality framework the Court has already ordered.

Bryant does not request that the Court seal the legal briefing itself beyond what is necessary to prevent disclosure of the protected information. The request is confined to the specific evidentiary materials implicated by the pseudonymity orders. Bryant seeks to seal only Exhibits A through C and no broader restriction on public access is requested.

**WHEREFORE, PREMISES CONSIDERED,** Bryant respectfully requests that the Court grant this Motion and permit Exhibits A through C to be filed under seal, together with such other relief as the Court deems just and appropriate.

Dated:   February 12, 2026.

Respectfully submitted,

 /s/Erin M. Agricola
J. Thomas Burgess, ASB#: 0554-S78J
Scott A. Holmes, ASB#: 8908-S78H
Erin M. Agricola, ASB#: 4496-I30A
*Attorneys for Defendant/Counter-Plaintiff, Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES, LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

/s/Jason L. Wollitz
Jason L. Wollitz, ASB# 6349-W74J
One Independence Plaza, Suite 305
Homewood, Alabama 35209
Telephone: (205) 541-6033
*Attorney for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on all attorneys of record, via the CM/ECF electronic filing system on February 12, 2026:

Yuri R. Linetsky, ASB#: 3088-B20W
Ricky T. Chambless, ASB#: 5879-S77R
Jack Steinmetz, *Law Student Intern*
Haley Noele Follmer-Burnett, *Law Student Intern*
Hannah Palmer, *Law Student Intern*
Sara Philp, *Law Student Intern*
Anna Jay, *Law Student Intern*
THE UNIVERSITY OF ALABAMA SCHOOL OF LAW
CIVIL LAW CLINIC
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone: 205.348.4960
Facsimile: 205.348.6851
ylinetsky@law.ua.edu
rchambless@law.ua.edu
jack.steinmetz@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
hannah.palmer@law.ua.edu
sara.philp@law.ua.edu
anna.jay@law.ua.edu
*Attorneys and Law Student Interns for*
*Plaintiffs/Counter-Defendants*

/s/Erin M. Agricola
**OF COUNSEL**