FILED

2026 Mar-11  AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Z.P., et. al.,                              )
                                            )
            Plaintiffs,                     )
                                            )
    vs.                                     )
                                            )  CASE NO. 7:24-CV-00151-ACA
ERROL GREGORY BRYANT,                       )
                                            )      **OPPOSED**
            Defendant.                      )

## PLAINTIFFS' MOTION TO CONTINUE HEARING

Plaintiffs move to continue the hearing currently set on March 17, 2026, due to the unavailability of M.L. and the medical recovery of Mr. Chambless.

On March 5, 2026, this Court set the hearing and ordered that all Plaintiffs be in attendance. On the same day, counsel for the Plaintiffs reached out to each Plaintiff to confirm availability. Plaintiff M.L. immediately responded that she has a work conflict that cannot be rearranged. M.L. is a professional in a niche field and has a scheduled training for out-of-town attendees from March 13 to March 26. This training was planned nearly a year in advance. Having to cancel these trainings is not merely missing a day of work. Since March 5, M.L. has attempted to make alternate arrangements, but such arrangements would cause M.L. to issue refunds to the out-of-town attendees and would work undue reputational harm for not following through on the commitment. Accordingly, M.L. is completely unable to attend the March 17 hearing.

Additionally, Mr. Chambless is tentatively unavailable for the hearing due to an ongoing medical condition that limits his mobility. Mr. Chambless has had three back surgeries in the past three months, with the most recent one occurring last week. While Mr. Chambless hopes to make a full recovery, it is unknown whether he will be ambulatory by March 17, 2026. Mr. Chambless is making every effort for recovery. Mr. Linetsky will be out of state and is thus unavailable for the hearing, so Plaintiffs believe Mr. Chambless's presence and physical well-being are essential for an effective hearing. Accordingly, Plaintiffs move for this court to continue the hearing scheduled for March 17, 2026.

Plaintiffs' counsel attempted to communicate with Defense counsel regarding this motion, particularly considering M.L's unavailability and this Court's request to have all Plaintiffs present. Defense counsel opposes this motion.

Respectfully submitted,

/s/ Hannah Palmer
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Jacob Steinmetz
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Anna Jay
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA
SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  ylinetsky@law.ua.edu
        rchambless@law.ua.edu

Attorneys for Plaintiffs/Counter-Defendants
Z.P., A.W., G.C., & M.L.

3

## CERTIFICATE OF SERVICE

A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to all attorneys for Defendant Errol Gregory Bryant.

/s/ Yuri R. Linetsky