FILED

2026 Apr-08 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | 7:24-cv-151-ACA<br><br>Z.P. et al v. Bryant<br><br>COURT'S EXHIBITS –<br>Hearing held April 3, 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | Received from Plaintiffs |
| | 2 | | | | | | | | | Received from Defendant |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |