FILED
2026 Apr-08  PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

Z.P., et al.,                                          ]
                                                       ]
    Plaintiffs,                    ]
                                                       ]
v.                                                     ]                7:24-cv-151-ACA
                                                       ]
ERROL GREGORY BRYANT,                                  ]
                                                       ]
    Defendant.                     ]

## **ORDER**

Before the court are three related motions: a joint motion for extension of the discovery deadline (doc. 91), a notice of deficiency that asks this court to dismiss the case as a sanction for discovery abuses (doc. 106), and a motion to strike the plaintiffs' response to the notice of deficiencies (doc. 115). On April 3, 2026, the court held a hearing on all of these motions. At that hearing, the parties raised additional discovery issues that had arisen between the filing of the notice of deficiencies and the hearing. The court ruled on the pending motions and the newly arisen issues from the bench. The court memorializes those rulings in this order.

The court **DENIES** the request to dismiss this case as a sanction. (Doc. 106). The court notes its finding that the notice of deficiencies did not set out any deficient responses. The court **DENIES** the motion to strike Plaintiffs' response to the notice of deficiencies. (Doc. 115).

As for the issues relating to the medical releases, which were brought to the court's attention for the first time at the hearing, the court **ORDERS** plaintiffs' counsel and defense counsel to meet **in person on or before April 9, 2026** to confer about the outstanding medical discovery. All parties must sign medical releases and medical releases must be served **on or before April 10, 2026**. The court **ORDERS** that **an attorney of record** in this must case **personally** serve subpoenas and medical releases on providers. The parties must file a notice on the docket informing the court about service each medical release. The notice must be filed **within twenty-four hours** of service.

The court **GRANTS IN PART** and **DENIES IN PART** the motion for an extension of the discovery deadline. (Doc. 91). The court **EXTENDS** the discovery deadline with respect to medical discovery only. The parties must file a **joint notice within twenty-four hours** of receiving all medical documentation from providers. Once the court receives that notice, it will enter an amended scheduling order that addresses the deadline for depositions and dispositive motions.

**DONE** and **ORDERED** this April 8, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2