FILED

2026 Apr-13  PM 07:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 7:24-CV-00151-ACA |
| ERROL GREGORY BRYANT, | ) |
| | ) |
| Defendant. | ) |

### JOINT NOTICE OF SERVICE OF MEDICAL
### AUTHORIZATION FORMS

Pursuant to this Court's orders from the bench at the most recent hearing and Order on April 8, 2026 (Doc. 118), this filing contains Certifications of Service of Medical Authorizations for all parties. The Certifications are attached as one comprehensive exhibit.

The parties are in mutual agreement that any supplemental providers that may be required will be completed as soon as practicable, and the parties will provide notice to this Court.

Respectfully submitted,

/s/ Hannah Palmer
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Jacob Steinmetz
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Anna Jay
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA
SCHOOL OF LAW
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  ylinetsky@law.ua.edu
        rchambless@law.ua.edu

Attorneys for Plaintiffs/Counter-Defendants
Z.P., A.W., G.C., & M.L.

2

*/s/ Erin M. Agricola*
J. Thomas Burgess, ASB#: 0554-S78J
Scott A. Holmes, ASB#: 8908-S78H
Erin M. Agricola, ASB#: 4496-I30A

*Attorneys for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES, LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

## CERTIFICATE OF SERVICE

A copy of this document has been served, on the date of filing, by operation of the CM/ECF system to all attorneys for Defendant Errol Gregory Bryant.

/s/ Yuri R. Linetsky