FILED
2026 Apr-13  PM 07:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 7:24-CV-00151-ACA |
| ERROL GREGORY BRYANT, | ) |
| | ) |
| Defendant. | ) |

---

## CERTIFICATION OF SERVICE OF MEDICAL AUTHORIZATION/RELEASE

---

The undersigned Attorneys of Record hereby certify that he/she personally served the medical authorization(s)/release(s) upon the medical providers listed herein.

### G.C.

Blue Cross and Blue Shield
450 Riverchase Parkway East
Birmingham, Alabama 35244

Date of Service: 4/10/26  Time of Service: 11:01 AM.
*Served by: /s/Erin M. Agricola*

Psychiatry South
3000 Southlake Park Suite 100
Birmingham, AL 35244

Date of Service: 4/10/26  Time of Service: 11:19 AM.
*Served by: /s/Erin M. Agricola*

1

Tuscaloosa Safe Center
1601 University Blvd E, Unit 150
Tuscaloosa, AL 35404

Date of Service: 4/10/26  Time of Service: 2:00 PM.
*Served by: /s/Hannah Palmer*
*/s/Anna Jay*

## Z.P.

Blue Cross and Blue Shield
450 Riverchase Parkway East
Birmingham, Alabama 35244

Date of Service: 4/10/26  Time of Service: 11:01 AM.
*Served by: /s/Erin M. Agricola*

UAB Endocrinology
50 Medical Park Dr. E #158
Birmingham, AL 35235

Date of Service: 4/10/26  Time of Service: 10:25 AM.
*Served by: /s/Erin M. Agricola*

Tuscaloosa Safe Center
1601 University Blvd E, Unit 150
Tuscaloosa, AL 35404

Date of Service: 4/10/26  Time of Service: 2:00 PM.
*Served by: /s/Hannah Palmer*
*/s/Anna Jay*

Tuscaloosa County Health Department
2350 Hargrove E Rd
Tuscaloosa, AL 35405

Date of Service: 4/10/26  Time of Service: 1:19 PM.
*Served by: /s/Hannah Palmer*

Camellia Center
1101 Jackson Ave
Tuscaloosa, AL 35401

Date of Service: 4/10/26  Time of Service: 1:46 PM.
*Served by: /s/Hannah Palmer*
*/s/Anna Jay*

2

Partlow, Harbin & Poist
701 University Blvd E, #502
Tuscaloosa, AL 35401

Date of Service: 4/13/26  Time of Service: 10:45 AM.
*Served by: /s/Hannah Palmer*

Northport Publix
2300 McFarland Blvd
Northport, AL 35476

Date of Service: 4/10/26  Time of Service: 3:30 PM.
*Served by: /s/Hannah Palmer*

Indian Rivers Behavioral Health
2209 9th Street
Tuscaloosa, AL 35401

Date of Service: 4/13/26  Time of Service: 10:12 AM.
*Served by: /s/Anna Jay*

The Radiology Clinic
208 McFarland Cir N, Suite 200
Tuscaloosa, AL 35406

Date of Service: 4/10/26  Time of Service: 3:22 PM.
*Served by: /s/Anna Jay*

## A.W.

OB-GYN South PC
224 1st St North
Alabaster, AL 35007

Date of Service: 4/9/26  Time of Service: 2:55 PM.
*Served by: /s/Erin M. Agricola*

Jayprakash Patel, MD
24548 US-31
Jemison, AL 35085

Date of Service: 4/9/26. Time of Service: 3:32 PM.
*Served by: /s/Erin M. Agricola*

3

Jayakrishna Madabushi
1140 1st St. N Ste 100
Alabaster, AL 35007

> Date of Service: 4/10/26  Time of Service: 11:40 AM.
> *Served by: /s/Erin M. Agricola*


## M.L.

Total Dermatology
1927 1st Ave N
Birmingham, AL 35203

> Date of Service: 4/9/26  Time of Service: 12:55 PM.
> *Served by: /s/Erin M. Agricola*


Complete Health
7191 Cahaba Valley Rd #300
Birmingham, AL 35242

> Date of Service: 4/9/26  Time of Service: 1:49 PM.
> *Served by: /s/Erin M. Agricola*


Henderson & Walton Women's Center
806 St Vincents Drive #500
Birmingham, AL 35205

> Date of Service: 4/10/26  Time of Service: 10:25 AM.
> *Served by: /s/Erin M. Agricola*


Alabama Surgery Associates
2022 Brookwood Medical Center Dr.
Building B, Suite 415
Homewood, AL 35209

> Date of Service: 4/10/26  Time of Service:11:50 AM.
> *Served by: /s/J. Thomas Burgess, Jr.*


Blue Cross and Blue Shield
450 Riverchase Parkway East
Birmingham, Alabama 35244

> Date of Service: 4/10/26  Time of Service: 11:01 AM.
> *Served by: /s/Erin M. Agricola*

4

UAB Medical 1802 6th Ave. S.
Birmingham, AL 35233

> Date of Service: 4/10/26  Time of Service: 10:25 AM.
> *Served by: /s/Erin M. Agricola*


Grandview Medical Center
36901 Grandview Pkwy
Birmingham, AL 35243

> Date of Service: 4/10/26  Time of Service: 10:50 AM.
> *Served by: /s/J. Thomas Burgess, Jr.*

### Errol Gregory Bryant

United Healthcare
1215 Veterans Memorial Pkwy
Birmingham, AL 35243

> Date of Service: 4/13/26  Time of Service: 3:20 PM.
> *Served by: /s/Hannah Palmer*
> *      /s/Haley Noele Burnett*


Dental Care South

6525 Old Greensboro Rd
Tuscaloosa, AL 35405

> Date of Service: 4/13/26  Time of Service: 4:00 PM.
> *Served by: /s/Hannah Palmer*
> *      /s/Haley Noele Burnett*


Moore Eye Clinic

631 Helen Keller Blvd, #100
Tuscaloosa, AL 35404

> Date of Service: 4/13/26  Time of Service: 4:10 PM.
> *Served by: /s/Hannah Palmer*
> *      /s/Haley Noele Burnett*

CVS Pharmacy

4715 Rice Mine Rd NE
Tuscaloosa, AL 35406

> Date of Service: 4/13/26  Time of Service: 4:28 PM.
> *Served by: /s/Hannah Palmer*
> *      /s/Haley Noele Burnett*

West Alabama Urology Assoc.
701 University Blvd. E. #908
Tuscaloosa, AL 35401

Date of Service: 4/13/26  Time of Service: 4:50 PM.
*Served by: /s/Hannah Palmer*
        */s/Haley Noele Burnett*

Complete Health
7191 Cahaba Valley Rd #300
Birmingham, AL 35242

Date of Service: 4/13/26  Time of Service: 3:22 PM.
*Served by: /s/Erin M. Agricola*