FILED

2026 Apr-24  AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Z.P., et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br><br>ERROL GREGORY BRYANT,<br><br>                    Defendant. | Case No. 7:24-cv-00151-ACA |

---

## NOTICE OF RECEIPT OF MEDICAL RECORDS

---

Pursuant to this Court's Order, Plaintiffs provide notice of receipt of medical records as follows:

1.     On April 23, 2026, the undersigned received medical records from the following provider: DCH/West Alabama Urology Associates.

2.     The records pertain to Defendant Errol Bryant.

3.     The records were received via facsimile.

Respectfully submitted,

/s/ Anna Jay
Law Student Intern

/s/ Sara Philp
Law Student Intern

/s/ Hannah N. Palmer
Law Student Intern

/s/ Jacob P. Steinmetz
Law Student Intern

/s/ Haley Noele Follmer-Burnett
Law Student Intern

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA SCHOOL OF
LAW
Box 870392
Tuscaloosa, Alabama  35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:  anna.jay@law.ua.edu
    haleynoele.follmerburnett@law.ua.edu
        hannah.palmer@law.ua.edu
        jack.steinmetz@law.ua.edu
        sara.philp@law.ua.edu
        ylinetsky@law.ua.edu
        rchambless@law.ua.edu

Law Student Interns and Attorneys for
Plaintiffs Z.P., A.W., G.C, & M.L

2

## CERTIFICATE OF SERVICE

A copy of this document has been served on the date of filing, by operation of the CM/ECF system, to all attorneys for Defendant Errol Gregory Bryant.


/s/ Yuri R. Linetsky