FILED
2026 Apr-29  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Z.P., A.W., G.C., M.L.,** | ) | |
| | ) | |
| **Plaintiffs/Counter-Defendants,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 7:24-CV-00151-ACA** |
| | ) | |
| **ERROL GREGORY BRYANT,** | ) | **UNOPPOSED** |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

_____

### DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR HIPAA ORDER
_____

**COMES NOW,** Defendant/Counter-Plaintiff, Errol Gregory Bryant, (hereinafter, "Bryant"), by and through counsel, and respectfully requests this Honorable Court issue an order requiring all health care providers, health plan administrators, and other individuals who may be in possession of health information that is protected by the privacy regulations issued pursuant to the *Health Insurance Portability and Accountability Act of 1996* (HIPAA), Pub. L. No. 104-191, 110 Stat. 1936 (1996), to produce said information. This motion is based on the following:

1.     That recent privacy regulations issued pursuant to HIPAA have set many new requirements in place which must be met before certain custodians of health information can disclose said information.

2.      That, due to the new requirements, subpoenas and subpoenas *duces tecum* now issued in litigated matters are being met with resistance and/or delay.

3.      That the new privacy regulations issued pursuant to HIPAA have caused a great deal of confusion and uncertainty as to what can and cannot be produced in response to a subpoena request.

4.      That the issuance of the Order (attached hereto) will have the effect of minimizing any uncertainty and confusion, and allow litigation to proceed without unnecessary delay.

WHEREFORE, THE PREMISES CONSIDERED, this Defendant respectfully requests this Honorable Court issue an order as outlined above.

Dated:   April 29, 2026

Respectfully submitted,

*/s/J. Thomas Burgess, Jr.* _____
J. Thomas Burgess, Jr. ASB#: 0554-S78J
Scott A. Holmes, ASB#: 8908-S78H
Erin M. Agricola, ASB#: 4496-I30A
*Attorneys for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES, LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com

eagricola@burgessholmes.com

/s/Jason L. Wollitz_____
Jason L. Wollitz, ASB# 6349-W74J
One Independence Plaza, Suite 305
Homewood, Alabama 35209
Telephone: (205) 541-6033
*Attorney for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on all attorneys of record, via the CM/ECF electronic filing system on April 29, 2026:

Yuri R. Linetsky, ASB#: 3088-B20W
Ricky T. Chambless, ASB#: 5879-S77R
Jack Steinmetz, *Law Student Intern*
Haley Noele Follmer-Burnett, *Law Student Intern*
Hannah Palmer, *Law Student Intern*
Sara Philp, *Law Student Intern*
Anna Jay, *Law Student Intern*
**THE UNIVERSITY OF ALABAMA SCHOOL OF LAW CIVIL LAW CLINIC**
Box 870392
Tuscaloosa, Alabama 35487-0392
ylinetsky@law.ua.edu
rchambless@law.ua.edu
jack.steinmetz@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
hannah.palmer@law.ua.edu
sara.philp@law.ua.edu
anna.jay@law.ua.edu
*Attorneys and Law Student Interns for Plaintiffs/Counter-Defendants*

/s/*J. Thomas Burgess, Jr.*
**OF COUNSEL**