FILED

2026 Apr-30  PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Z.P., et al.,

          Plaintiffs,

   vs.

ERROL GREGORY BRYANT,

          Defendant.

Case No. 7:24-cv-00151-ACA

---

## NOTICE OF APPEAL OF ORDER GRANTING IN PART THE MOTION FOR Z.P. TO PROCEED UNDER REAL NAME

---

Notice is given that Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit the Court's April 8, 2026, Order (Doc 119) granting in part Defendant Errol Gregory Bryant's motion for Z.P. to proceed under her real name.

Respectfully submitted,

/s/ Yuri R. Linetsky
ASB-3088-B20W

/s/ Ricky T. Chambless
ASB-5879-S77R

CIVIL LAW CLINIC
THE UNIVERSITY OF ALABAMA SCHOOL OF
LAW
Box 870392
Tuscaloosa, Alabama  35487-0392
Telephone:  205.348.4960
Facsimile:  205.348.6851
Email:   ylinetsky@law.ua.edu
              rchambless@law.ua.edu

Attorneys for
Plaintiffs Z.P., A.W., G.C, & M.L

## CERTIFICATE OF SERVICE

A copy of this document has been served on the date of filing, by operation of the CM/ECF system, to all attorneys for Defendant Errol Gregory Bryant.

/s/ Yuri R. Linetsky

2