FILED
2026 Apr-30 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

**Z.P., et al.,**

**Plaintiffs,**

**vs.**

**ERROL GREGORY BRYANT,**

**Defendant.**

**Case No. 7:24-cv-00151-ACA**

---

**JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**

---

The parties move to stay all proceedings in this case pending appeal of this Court's April 8, 2026, order (Doc. 119) granting in part Defendant's Motion to Vacate Pseudonymity. On April 30, 2026, Plaintiffs filed a Notice of Appeal (Doc. 128). The parties have conferred, and Defendant does not oppose this motion. The parties jointly agree that it is mutually beneficial for the proceedings in this Court to be stayed, as this case cannot be efficiently administered while the issue of pseudonymity is pending.

In February 2024, three Plaintiffs filed their Complaint and contemporaneously moved to proceed pseudonymously. (Doc. 1). This Court granted the Plaintiffs' motion, applying Eleventh Circuit precedent and recognizing this case involves both a disclosure of "information of the utmost privacy" and a federal statute that contemplates Plaintiffs' ability to proceed under a pseudonym. (Doc. 9 at p. 2). In early 2025, an additional Plaintiff was joined via an Amended

Complaint, and this Court likewise granted her motion to proceed pseudonymously. (Docs. 38, 39, and 40). Defendant moved to vacate these orders (Doc. 92), and Plaintiffs filed a responsive brief (Doc. 97). This Court held a hearing on April 3, 2026, and on April 8, 2026, this Court granted in part Defendant's Motion to Vacate. (Doc. 119). Plaintiffs filed a Notice of Appeal on April 30, 2026 (Doc. 128).

In the Eleventh Circuit, the grant of a stay pending appeal requires the exercise of "judicial discretion." *Democratic Exec. Comm. of Fla. v. Lee*, 915 F.3d 1312, 1317 (11th Cir. 2019). Courts consider four factors, including (1) whether the applicant "has made a strong showing that it is likely to succeed on the merits, (2) whether the applicant will be irreparably injured absent a stay, (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding, and (4) where the public interest lies." *Id.* (citing *Nken v. Holder*, 556 U.S. 418, 434 (2009).

The parties conferred and agreed that staying this case pending a determination by the appellate court on the pseudonymity status of Z.P. is critical. Furthermore, conducting discovery without a final determination on pseudonymity prevents both parties from pursuing their best interests. Neither party will be harmed by a granted stay because both parties seek this relief and this relief benefits both parties. Therefore, this case should be stayed pending a final appellate decision.

Respectfully submitted,

*/s/J. Thomas Burgess*
J. Thomas Burgess, Jr. ASB#:0554-S78J

*/s/Scott A. Holmes*
Scott A. Holmes, ASB#: 8908-S78H

*/s/Erin M. Agricola*
Erin M. Agricola, ASB#: 4496-I30A

**BURGESS HOLMES LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

*/s/Jason L. Wollitz*
Jason L. Wollitz, ASB# 6349-W74J
1823 Third Avenue North
Bessemer, Alabama 35020
(205) 541-6033

*Attorneys for Defendant/Counter-Plaintiff, Errol Gregory Bryant*

*/s/ Yuri R. Linetsky*
ASB-3088-B20W

*/s/ Ricky T. Chambless*
ASB-5879-S77R

**CIVIL LAW CLINIC**
**THE UNIVERSITY OF ALABAMA**
**SCHOOL OF LAW**
Box 870392
Tuscaloosa, Alabama 35487-0392
Telephone: 205.348.4960
Facsimile: 205.348.6851
Email: ylinetsky@law.ua.edu
rchambless@law.ua.edu

*Attorneys for Plaintiffs/Counter-Defendants Z.P., A.W., G.C., & M.L.*