FILED
2026 May-01 AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **Z.P., A.W., G.C., M.L.,** | ) | |
| | ) | |
| **Plaintiffs/Counter-Defendants,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 7:24-CV-00151-ACA** |
| | ) | |
| **ERROL GREGORY BRYANT,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

---

**CERTIFICATION OF SERVICE OF MEDICAL AUTHORIZATION/RELEASE**

---

The undersigned Attorney of Record hereby certify that she personally served the medical authorization(s)/release(s) upon the medical providers listed herein.

**G.C.**

Madison T. Hulker, WHNP
Brookwood Women's Health
Women's Medical Plaza
Suite 200
2006 Brookwood Medical Center Drive
Birmingham, Alabama 35209

Date of Service: 4/29/26 Time of Service: 4:30PM.
Served by: */s/Erin M. Agricola*

Dated: May 1, 2026

Respectfully submitted,
*/s/J. Thomas Burgess, Jr.*
J. Thomas Burgess, Jr. ASB#: 0554-S78J
Scott A. Holmes, ASB#: 8908-S78H
Erin M. Agricola, ASB#: 4496-I30A
*Attorneys for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

**OF COUNSEL:**
**BURGESS HOLMES, LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Telephone: (205) 870-8611
Fax: (205) 870-8688
tburgess@burgessholmes.com
sholmes@burgessholmes.com
eagricola@burgessholmes.com

*/s/Jason L. Wollitz*
Jason L. Wollitz, ASB# 6349-W74J
One Independence Plaza, Suite 305
Homewood, Alabama 35209
Telephone: (205) 541-6033
*Attorney for Defendant/Counter-Plaintiff,*
*Errol Gregory Bryant*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on all attorneys of record, via the CM/ECF electronic filing system on May 1, 2026:

Yuri R. Linetsky, ASB#: 3088-B20W
Ricky T. Chambless, ASB#: 5879-S77R
Jack Steinmetz, *Law Student Intern*
Haley Noele Follmer-Burnett, *Law Student Intern*
Hannah Palmer, *Law Student Intern*
Sara Philp, *Law Student Intern*
Anna Jay, *Law Student Intern*
**THE UNIVERSITY OF ALABAMA SCHOOL OF LAW CIVIL LAW CLINIC**
Box 870392
Tuscaloosa, Alabama 35487-0392
ylinetsky@law.ua.edu
rchambless@law.ua.edu
jack.steinmetz@law.ua.edu
haleynoele.follmerburnett@law.ua.edu
hannah.palmer@law.ua.edu
sara.philp@law.ua.edu
anna.jay@law.ua.edu
*Attorneys and Law Student Interns for Plaintiffs/Counter-Defendants*

*/s/J. Thomas Burgess, Jr.*
**OF COUNSEL**